UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  General Motors LLC Ignition Switch Litigation<br><br>This Document Relates to All Actions | ) <br>) Case No.   1:14-md-02543-JMF<br>)                    1:14-mc-02434-PMF<br>) |

## AMENDED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gregory O. Wiggins, hereby move this Court for an order for admission to practice Pro Hac Vice to appear as counsel for plaintiffs in the case *Ashworth, et al. vs. General Motors, LLC, et al.*, 14-00607, United States District Court for the Northern District of Alabama.

I am in good standing of the bar(s) of the State of Alabama and there are no pending disciplinary actions against me in any state or federal court. A copy of my Certificate of Good Standing from The Supreme Court of Alabama is attached hereto.

Dated:  July 9, 2014

Respectfully submitted,

/s/ Gregory O. Wiggins
Gregory O. Wiggins
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500
205/254-1500 (fax)
gwiggins@wcqp.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 7th day of July, 2014, filed a copy of the above and foregoing via the Electronic Court Filing System and is available for download by all parties to this action.

_____
OF COUNSEL

# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that _____Gregory O'Dell Wiggins_____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____April 24, 1992_____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____July 2, 2014_____ with the seal of the Supreme Court of Alabama attached.



Julia Jordan Weller, Clerk
Supreme Court of Alabama

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE:   General Motors LLC Ignition Switch Litigation | ) ) Case No. ) | 1:14-md-02543-JMF 1:14-mc-02434-PMF |
| This Document Relates to All Actions | ) | |

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Gregory O. Wiggins, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Alabama; and that his contact information is as follows:

> Gregory O. Wiggins
> Wiggins, Childs, Quinn & Pantazis, LLC
> The Kress Building
> 301 19th Street North
> Birmingham, Alabama 35203
> 205/314-0500
> 205/254-1500 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for plaintiffs in the case *Ashworth, et al. vs. General Motors, LLC, et al.*, 14-00607, United States District Court for the Northern District of Alabama in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____    _____
Date                                                                  United States District/Magistrate Judge